LEON PIERCE, Respondent, *v.* TREIVALE PIERCE et al., Appellants.

Submitted October 3, 1938; decided October 11, 1938.

*Sidney S. Bobbé* for motion.
*Harris Jay Griston* opposed.
Motion denied.

THE BOWERY SAVINGS BANK, Respondent, *v.* JANET W. NIRENSTEIN et al., Appellants, Impleaded with Others.

Argued October 3, 1938; decided October 11, 1938.

Motion to amend the remittitur denied, without costs. (See 269 N. Y. 259.)

HELEN VAN BUREN, as Administratrix of the Estate of GRANT VAN BUREN, Deceased, Respondent, *v.* TOWN OF RICHMONDVILLE, Appellant.

Submitted October 3, 1938; decided October 11, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 619.)